# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRIT F. AUGBORNE, III,

    Plaintiff

v.

DOCTOR HDSP, et. al.,

    Defendants

Case No.: 3:17-cv-00592-RCJ-WGC

**Order**

Re: ECF No. 51

Plaintiff has filed a motion for an order to amend his complaint, as well as a motion to re-consider dismissed defendants, which was docketed as ECF Nos. 51, 52, because of the two forms of relief sought. The undersigned addresses only the motion for leave to amend, as the motion for reconsideration of the screening order dismissing certain defendants must be addressed by District Judge Jones, who signed that order.

The motion to amend (ECF No. 51) is **DENIED**. Under Local Rule 15-1(a), a party seeking leave to amend must attach the proposed amended pleading to the motion. The proposed amended pleading must be complete in and of itself without reference to the superseded pleading. Plaintiff's motion does not attach a proposed SAC; therefore, the motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: December 26, 2019

William G. Cobb
United States Magistrate Judge