## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIT F. AUGBORNE, III, | ) | 3:17-cv-00592-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 23, 2020 |
| DOCTOR HDSP, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Vacate Dispositive Motions Deadline Pending Ruling on ECF No. 56 and Rescreening (ECF No. 57). Defendants request that the deadline to file dispositive motions currently set for January 24, 2020, be vacated pending the court's ruling on Plaintiff's motion to amend (ECF No. 56).

Good cause appearing, Defendants' Motion to Vacate Dispositive Motions Deadline Pending Ruling on ECF No. 56 and Rescreening (ECF No. 57) is **GRANTED**. The deadline to file dispositive motions is **VACATED** and will be reset once the court has ruled on Plaintiff's motion to amend (ECF No. 56).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
  Deputy Clerk